# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME   :   No. 582 Judicial Administration
COURT OF PENNSYLVANIA          :   Docket
FOR THE YEAR 2024              :

## ORDER

**PER CURIAM:**

**AND NOW**, this 12th day of December, 2022, it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2024 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | January 30th |
| Philadelphia | March 4th through March 8th |
| Harrisburg (Administrative Session) | March 19th* |
| Pittsburgh | April 8th through April 12th |
| Harrisburg | May 13th through May 17th |
| Pittsburgh (Administrative Session) | June 4th |
| Philadelphia | September 9th through September 13th |
| Pittsburgh | October 7th through October 10th |
| Harrisburg | November 18th through 22nd |